ACCEPTED
03-14-00570-CR
6704299
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 2:38:17 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| **ERIC BYRON CRAYTON** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 2:38:17 PM
JEFFREY D. KYLE
Clerk

### STATE'S NOTICE OF INTENT TO ARGUE BEFORE THE COURT

Dear Mr. Jeffrey D. Kyle, Clerk of the Honorable Third District Court of Appeals:

The Court ordered that oral argument in the above-styled and -numbered cause would take place on October 7, 2015 at 1:30 p.m. before Justices Puryear, Goodwin and Bourland. The Court requested that our office notify you in writing of our intention to argue the case before the Court. Accordingly, the State files this written notice that Assistant Criminal District Attorney Clayten Hearrell, the author of the State's brief, intends to argue this case before the Court on said date with another attorney from our office sitting second chair.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

1

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Notice of Intent to Argue before the Court* has been delivered to Appellant ERIC BYRON CRAYTON's attorney in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX  78701
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov e-filing service this 28th day of August, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**